**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

PATRICIA N. MORRIS                                                          PLAINTIFF

vs.                                          Civil Action No. 3:07-cv-402 HTW-LRA

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

**FINAL JUDGMENT**

      This matter, having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and this court, having adopted the Report and Recommendation as its own order, hereby directs that plaintiff's motion for reversal of the Commissioner's decision be denied.  Defendant's motion for order affirming the Commissioner is granted.  Plaintiff's appeal is dismissed with prejudice and final judgment is  entered in favor of the Commissioner of Social Security.  The above-styled and numbered cause is dismissed with prejudice.

      **SO ORDERED, this the 29th day of July, 2009.**

                        **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**